People ex rel Rayner v Martuscello (2025 NY Slip Op 01507)

People v Martuscello

2025 NY Slip Op 01507

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, AND KEANE, JJ.

252.2 KAH 25-00059

[*1]THE PEOPLE OF THE STATE OF NEW YORK EX REL. MARTHA RAYNER, ESQ., ON BEHALF OF STEVE COLEMAN, PETITIONER-APPELLANT,
v
DANIEL F. MARTUSCELLO, III, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, RESPONDENT-RESPONDENT. 

NEW YORK CIVIL LIBERTIES UNION FOUNDATION, NEW YORK CITY (DANIEL R. LAMBRIGHT OF COUNSEL), AND PAROLE PREPARATION PROJECT, FOR PETITIONER-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF COUNSEL), FOR RESPONDENT-RESPONDENT.
LOWENSTEIN SANDLER LLP, NEW YORK CITY (NATALIE J. KRANER OF COUNSEL), FOR BIOMEDICAL ETHICISTS, AMICUS CURIAE.
MILBANK LLP, NEW YORK CITY (DANIEL M. PERRY OF COUNSEL), FOR DISABILITY RIGHTS NEW YORK, AMICUS CURIAE. 

 Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Debra L. Givens, A.J.), entered October 9, 2024, in a habeas corpus proceeding. The judgment denied and dismissed the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (see People ex rel. Billinger v Harper, 198 AD3d 1295, 1295 [4th Dept 2021]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court